**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

KRIS A. BRICENO,

       CASE NO.

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

_____/

## **COMPLAINT**

Plaintiff, KRIS A. BRICENO, ("Plaintiff"), by and through undersigned counsel, hereby sues the Defendant, UNITED STATES OF AMERICA, ("Defendant"), for damages, and in support thereof alleges as follows:

1.    This Court has exclusive jurisdiction over this cause pursuant to 28 U.S.C. §1346(b)(1).

2.    UNITED STATES OF AMERICA is named a Defendant in this action, pursuant to Federal Tort Claim Act, 28 U.S.C. §2671, et seq.

3.    The Plaintiff, KRIS A. BRICENO, at all times material hereto, was and is a natural person and resident of Hernando County, Spring Hill, Florida.

4.    Venue is proper in the Southern District of Florida, Miami Division, pursuant to 28 U.S.C. §1402(b), as the Plaintiff resides in the instant district, and the act or omission which is the subject of the instant action occurred in the Southern District of Florida.

5.    Plaintiff has met all conditions precedent to the maintenance of this action or said conditions have been waived.

6.    Plaintiff has exhausted his administrative requirements by filing a timely

administrative claim with the National Tort Center on or about January 24, 2023, for adjudication.

7.      The National Tort Center has not completed adjudication of Plaintiff's claim within six (6) months from the date of the filing of said claim.

<u>**COUNT I – NEGLIGENCE**</u>
(KRIS A. BRICENO v. UNITED STATES OF AMERICA)

8.      Plaintiff, KRIS A. BRICENO, hereby sues Defendant, UNITED STATES OF AMERICA, and realleges and incorporates herein paragraphs one through seven, inclusive, as if fully set forth herein.

9.      On or about April 22, 2022, Plaintiff, KRIS A. BRICENO, was operating a motor vehicle, heading northbound on SW 127th avenue approaching 189th street, in Miami-Dade County, Florida.

10.     At the aforesaid time and place, Fatima D. Pineda was an agent or employee of the United States Postal Service ("USPS"), an agency of Defendant, UNITED STATES OF AMERICA.

11.     At the aforesaid time and place, Fatima D. Pineda was acting in the course and scope of her agency or employment with the USPS.

12.     At the aforesaid time and place, Fatima D. Pineda was operating a motor vehicle, owned by USPS.

13.     At the aforesaid time and place, Fatima D. Pineda was also travelling northbound on SW 127th Ave approaching 189th street.

14.     At the aforesaid time and place, Fatima D. Pineda negligently operated her motor vehicle causing a collision into the motor vehicle operated by Plaintiff, thereby causing damages to Plaintiff and his vehicle.

15.     As a direct and proximate result of Fatima D. Pineda's negligence, Plaintiff, KRIS

A. BRICENO, suffered injuries to his body and extremities, and suffered physical, mental and emotional pain and suffering; mental anguish; loss of capacity for the enjoyment of life; lost wages in the past and the diminished capacity to earn monies in the future; has incurred medical expenses in the treatment of his injuries, and may incur medical expenses in the future. These losses and damages are continuing in nature and Plaintiff, KRIS A. BRICENO, will continue to suffer these losses in the future.

16.     Plaintiff delivered to the USPS, the appropriate agency of the Defendant, his "Claim for Damages, Injury or Death" ("subject claim"), pursuant to 28 U.S.C. §§ 1346 and 2675; and 28 U.S.C. 2671 et. seq.  A copy of said Claim was received by the USPS on January 24, 2023.

17.     Plaintiff has otherwise complied with the notice requirements and conditions precedent to the instant action against Defendant.

18.     WHEREFORE, Plaintiff, KRIS A. BRICENO, respectfully demands judgment against Defendant, UNITED STATES OF AMERICA, for compensatory damages, plus costs, and demands a trial of all issues contained herein.

DATED: April 18, 2024

Respectfully submitted,

**PEREGONZA THE ATTORNEYS, PLLC**
5201 Waterford District Drive Suite 290
Miami, Florida 33126
Tel.        (786)650-0202
Fax.        (786)650-0200

*Attorneys for Plaintiff*

By: */s/ Juan J. Perez*
Juan J. Perez, Esq.
Florida Bar No. 115784
Roberto J. Gonzalez, Esq.
Florida Bar No. 119901